IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSS PRY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue scheduling conference (Filing No. 418). Counsel has advised someone will attend on his behalf. Therefore, the Court finds the motion should be denied. Accordingly,

IT IS ORDERED defendant's motion is denied. The scheduling conference remains scheduled for:

**Tuesday, July 17, 2012, at 1:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. As this is a scheduling conference only, defendants need not be present.

DATED this 12th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court